IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STREAMSERVE AB, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No.: _____ |
| | ) | |
| EXSTREAM SOFTWARE, LLC and | ) | |
| HEWLETT-PACKARD COMPANY, | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S RULE 7.1 DISCLOSURE**

Plaintiff hereby makes the following disclosures pursuant to Federal Rule of Civil

Procedure 7.1:

Streamserve AB ("Streamserve") has no parent organization and no publicly held

corporation owns 10% or more of its stock.

John W. Shaw (No. 3362)
Monté T. Squire (No. 4764)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
msquire@ycst.com

Of Counsel:
Robert M. Isackson
Rodger A. Sadler
Joseph A. Sherinsky
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, New York 10103
(212) 506-5000

Dated: June 9, 2008