AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## for the

**DISTRICT OF**      **DELAWARE**

STREAMSERVE AB,

        Plaintiff(s),          **SUMMONS IN A CIVIL CASE**

    v.          CASE NUMBER:    08-343

EXSTREAM SOFTWARE, LLC,
HEWLETT-PACKARD COMPANY,

        Defendant(s).

TO:     Hewlett-Packard Company
        c/o Corporation Trust Company (Registered Agent)
        Corporation Trust Company
        1209 Orange Street
        Wilmington, Delaware 19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

        John W. Shaw (No. 3362)
        Young Conaway Stargatt & Taylor, LLP
        The Brandywine Building
        1000 West Street, 17th Floor
        P. O. Box 391
        Wilmington, DE 19899-0391

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO          6/10/08

CLERK          DATE

(BY) DEPUTY CLERK

AO 440 (Rev 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 6/10/08 |
| NAME OF SERVER (PRINT) MATTHEW GORDON | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): PERSONALLY SERVED Hewlett-Packard Company by SERVING THE REGISTERED AGENT, THE CORPORATION TRUST CO, AT 1209 ORANGE ST, WILM DE 19801 AT 2:15 PM PERSON ACCEPTING: Scott LaScala

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/10/08
             Date                             Signature of Server

230 N Market St, Wilm DE 1984
Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.