IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STREAMSERVE AB, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 08-343-SLR |
| v. | ) | |
| | ) | |
| EXSTREAM SOFTWARE, LLC and | ) | |
| HEWLETT-PACKARD COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel and subject to the approval of the Court, that the time within which Defendant Exstream Software, LLC shall answer, move or otherwise respond to Plaintiff's Complaint is extended through and including July 31, 2008.

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ Monté T. Squire | By: /s/ Philip A. Rovner |
| John W. Shaw (#3362) | Philip A. Rovner (#3215) |
| Monté T. Squire (#4764) | Hercules Plaza |
| The Brandywine Building | P. O. Box 951 |
| 1000 West Street, 17th Floor | Wilmington, DE 19899 |
| Wilmington, DE 19801 | (302) 984-6000 |
| (302) 571-6600 | provner@potteranderson.com |
| jshaw@ycst.com | |
| msquire@ycst.com | Attorneys for Defendant, Exstream Software, LLC |
| Attorneys for Plaintiff, StreamServe AB | |

SO ORDERED, this _____ day of _____ , 2008.

_____
United States District Judge

872033