IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STREAMSERVE AB, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No: 08-343-SLR |
| | ) |
| EXSTREAM SOFTWARE, LLC and | ) |
| HEWLETT-PACKARD COMPANY, | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to D. Del. LR 83.7, PLEASE TAKE NOTICE that Monté T. Squire, Esquire, of the law firm of Young Conaway Stargatt & Taylor, LLP, 1000 West Street, The Brandywine Building, Wilmington, Delaware, 19801 hereby withdraws his appearance on behalf of Plaintiff. Plaintiff continues to be represented by the law firms of Young Conaway Stargatt & Taylor, LLP and Orrick, Herrington & Sutcliffe LLP.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

John W. Shaw (No. 3362)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
jshaw@ycst.com

*Attorney for Plaintiff*

Of Counsel:

Robert M. Isackson (admitted *pro hac vice*)
Rodger A. Sadler (admitted *pro hac vice*)
Joseph A. Sherinsky
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, New York 10103
(212) 506-5000


Dated: August 28, 2008

## CERTIFICATE OF SERVICE

I, John W. Shaw, Esquire, hereby certify that on August 28, 2008, the foregoing document was electronically filed with the Clerk of Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

    Laurie Selber Silverstein, Esquire
    Jaime Luton White, Esquire
    POTTER ANDERSON & CORROON LLP
    1313 N. Market Street, 7th Floor
    Wilmington, Delaware 19899

Additionally, I hereby certify that the foregoing document was served on counsel of record as indicated below:

**BY E-MAIL**

    Jaime Luton White, Esquire
    jwhite@potteranderson.com
    POTTER ANDERSON & CORROON LLP
    1313 N. Market Street, 7th Floor
    Wilmington, Delaware 19899

                      YOUNG CONAWAY STARGATT & TAYLOR, LLP

                      John W. Shaw (No. 3362)
                      Young Conaway Stargatt & Taylor, LLP
                      The Brandywine Building
                      1000 West Street, 17th Floor
                      Wilmington, Delaware 19801
                      (302) 571-6600
                      jshaw@ycst.com

                      *Attorney for Plaintiff*