IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE DUTCH BRANCH OF STREAMSERVE DEVELOPMENT AB,<br><br>Plaintiff,<br><br>v.<br><br>EXSTREAM SOFTWARE, LLC and HEWLETT-PACKARD COMPANY,<br><br>Defendants | C.A. No. 08-343-SLR |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff The Dutch Branch of StreamServe Development AB and Defendants Exstream Software, LLC and Hewlett-Packard Company, through their respective undersigned counsel of record, and subject to the Order of this Court that, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, all claims and counterclaims in this action are hereby dismissed with prejudice. All parties shall bear their own attorneys' fees and costs.

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ Adam W. Poff<br>John W. Shaw (#3362)<br>Adam W. Poff (#3990)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE<br>(302) 571-6600<br>jshaw@ycst.com<br>apoff@ycst.com | By: /s/ Philip A. Rovner<br>Philip A. Rovner (#3215)<br>Hercules Plaza<br>P. O. Box 951<br>Wilmington, DE  19899<br>(302) 984-6000<br>provner@potteranderson.com |
| *Attorneys for Plaintiff*<br>*StreamServe AB* | *Attorneys for Defendants*<br>*Exstream Software, LLC and*<br>*Hewlett-Packard Company* |

OF COUNSEL:

Robert M. Isackson
Rodger A. Sadler
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY  10103
(212) 506-5000

OF COUNSEL:

Robert S. Frank, Jr.
Carlos Perez-Albuerne
Wendy S. Plotkin
Choate Hall & Stewart, LLP
Two International Place
Boston, MA 02110
(617) 248-5000

SO ORDERED this ____ day of January, 2010.

_____
United States District Judge

944235